105 A.3d 657

**CLIPPER PIPE & SERVICE, INC.**

v.

**The OHIO CASUALTY INSURANCE CO.;**
**Contracting Systems, Inc. II**

**Petition of United States Court of**
**Appeals for the Third Circuit.**

**No. 161 EM 2014.**

Supreme Court of Pennsylvania.

Dec. 10, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of December, 2014, the Petition for Certification of Question of Law submitted by the United States Court of Appeals for the Third Circuit is **GRANTED.** This Court shall consider the following issue:

Under Pennsylvania law, does the Contractor and Subcontractor Payment Act (CASPA), 73 P.S. §§ 501–516, apply to a project where the owner is a governmental entity, such as the federal government in this case?

The Prothonotary is **DIRECTED** to establish a briefing schedule and list this matter for oral argument.